IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **TASHA MONIQUE LEE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No.** |
| | : | **5:07-CV-465 (CAR)** |
| **TOM CHAPMAN, GEORGIA** | : | |
| **DEPARTMENT OF CORRECTIONS,** | : | |
| **GEORGIA BOARD OF PARDONS** | : | |
| **AND PAROLES,** | : | |
| | : | |
| **Defendants.** | | |

## ORDER ON THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation [Doc.7] that Plaintiff's claim for damages against the Georgia Department of Corrections and the Georgia Board of Pardons and Paroles be dismissed. No Objection was filed, and having considered the matter, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation of the United States Magistrate Judge is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. Those claims are hereby **DISMISSED**.

SO ORDERED, this 2nd day of February, 2009.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

jlr